# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SOMBOP and NATEETIP BOSUWAN, a married couple; LEON and SHARON MADDEN, a married couple; FRANK McCULLOUGH, an individual and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES, a Division of ONEWEST BANK FSB; REGIONAL TRUSTEE SERVICES CORPORATION; a foreign entity; DOES I through X inclusive; ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:09-CV-02292-LRH-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT REGIONAL TRUSTEE SERVICES CORPORATION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, LEON and SHARON MADDEN and FRANK McCULLOUGH (hereinafter "Plaintiffs"), by and through their undersigned counsel, Jamie S. Cogburn, Esq. of COGBURN LAW OFFICES, Defendant INDYMAC MORTGAGE SERVICES, a Division of ONEWEST BANK, FSB (hereinafter

"IndyMac"), by and through its undersigned counsel, Elliot S. Blut, Esq. of Blut & Campain, APC and Defendant REGIONAL TRUSTEE SERVICES CORPORATION, by and through its undersigned counsel, Joe Solseng, Esq. of Robinson Tait, PS, as follows:

(1) That Defendant REGIONAL TRUSTEE SERVICES CORPORATION has no financial interest in the property that is the subject of the present action and commonly known as 314 Oliveiro Court, Henderson, Nevada 89014;

(2) That Plaintiff agrees to the dismissal of Defendant REGIONAL TRUSTEE SERVICES CORPORATION with prejudice and without fees or costs to either party;

(3) That Defendant REGIONAL TRUSTEE SERVICES CORPORATION agrees to be bound by whatever order or judgment is issued by the court in this matter regarding the non-judicial foreclosure sale of the property at issue in this action;

(4) That Plaintiffs and Defendant REGIONAL TRUSTEE SERVICES CORPORATION shall bear their own costs and attorneys' fees; and

(5) That no monetary award shall be sought or enforced against Defendant REGIONAL TRUSTEE SERVICES CORPORATION.

DATED this 1st day of October, 2010.

///

///

////

| | |
|---|---|
| COGBURN LAW OFFICES | ROBINSON TAIT, PS |
| /s/ Jamie Cogburn<br>JAMIE S. COGBURN, ESQ.<br>Nevada Bar No. 008409<br>9555 S. Eastern Avenue, Ste. 280<br>Las Vegas, NV 89123<br>*Attorney for Plaintiffs* | /s/ Joe Solseng<br>JOE SOLSENG<br>Nevada Bar No. 011717<br>710 Second Ave, Suite 710<br>Seattle, WA 98104<br>*Attorney for defendant Regional Trustee Services Corporation* |

/s/ Elliot Blut
ELLIOT BLUT, ESQ.
Nevada Bar No. 006570
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
*Attorney for Defendant IndyMac Mortgage Services, a division of OneWest Bank, FSB*

### ORDER

Based on the foregoing stipulations and agreements of the parties, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) That Defendant REGIONAL TRUSTEE SERVICES CORPORATION is dismissed from this matter with prejudice; and

(2) The Plaintiffs and Defendant REGIONAL TRUSTEE SERVICES CORPORATION shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED this __6th__ day of October, 2010.

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE