UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SOMPOB and NATEETIP BOSUWAN, a married couple, LEON and SHARON MADDEN, a married couple, FRANK McCULLOUGH, an individual and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST OPTION MORTGAGE, LLC, a foreign limited liability company; INDYMAC MORTGAGE SERVICES, a Division of ONEWEST BANK, FSB; REGIONAL TRUSTEE SERVICES CORPORATION; a foreign entity; DOES 1 through X, inclusive, ROE CORPORATIONS 1 through X, inclusive,<br><br>Defendants. | Case No. 2:09-02292-LRH-LRL<br><br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS LEON AND SHARON MADDEN |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, LEON AND SHARON MADDEN, by and through their undersigned counsel, Jamie S. Cogburn, Esq., of Cogburn Law Offices and Defendant, INDYMAC MORTGAGE SERVICES, a Division of ONEWEST BANK, FSB, by and through its undersigned counsel, Elliot S. Blut, Esq., of Ecoff Blut, LLP.

(1)   That the complaint as to the remaining Plaintiffs, LEON AND SHARON

1

1       MADDEN, shall be dismissed from this matter with prejudice; and

2     (2)    That Defendant, INDYMAC MORTGAGE SERVICES, and Plaintiffs, LEON

3       AND SHARON MADDEN, shall bear their own costs and attorney's fees.

Dated this 15th day of March, 2012

| **COGBURN LAW OFFICES** | **ECOFF BLUT, LLP** |
|---|---|
| By:__/s/ Jamie S. Cogburn, Esq.___<br>Jamie S. Cogburn, Esq.<br>9555 S. Eastern Ave., Suite 280<br>Las Vegas, NV 89123<br>Attorneys for Plaintiffs | By:___/s/ Elliot S, Blut, Esq._____<br>Elliot S. Blut, Esq.<br>300 S. Fourth Street, Suite 701<br>Las Vegas, NV 89101<br>Attorneys for Defendant, IndyMac Mortgage Services, a Division of OneWest Bank, FSB |

2

**ORDER**

Based on the foregoing stipulations and agreements of the parties, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) That the complaint as to Plaintiffs, LEON AND SHARON MADDEN, shall be dismissed from this matter with prejudice;

(2) That Defendant, INDYMAC MORTGAGE SERVICES, and Plaintiffs, LEON AND SHARON MADDEN, shall bear their own costs and attorney's fees; and

(3) That this dismissal resolves all remaining claims and shall close the case.

IT IS SO ORDERED.

Dated this 16th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE